# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| WILLIAM BONG, et al. | |
| Plaintiffs, | No. C 10-0811 MEJ |
| v. | **ORDER VACATING CMC** |
| VIRTUAL LEGAL PC, et al., | |
| Defendants. | **ORDER FOR PARTIES TO FILE STATUS REPORT** |
| _____/ | |

This matter is currently scheduled for a case management conference on June 10, 2010. However, no case management statement has been filed, and there have been no filings in this case since February 26, 2010. Accordingly, the Court hereby VACATES the June 10, 2010 Case Management Conference and ORDERS the parties to file a joint status report by June 17, 2010.

**IT IS SO ORDERED.**

Dated: June 4, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge