Ronald D. Foreman, Esq.  SB No. 061148
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
telephone:     (415) 433-3475
fax:           (415) 781-8030
foremanandbrasso@foremanandbrasso.com

Attorneys for Plaintiffs
WILLIAM BONG and
ARCMATIC WELDING SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO)

| | |
|---|---|
| WILLIAM BONG and ARCMATIC WELDING SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VIRTUAL LEGAL PC, KERR IP GROUP, LLC, MICHAEL A. KERR, MARIE MARTIN-KERR, and DOES 1 to 30, inclusive, <br><br> Defendants. | CASE NO.: C 10-00811 MEJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

   Pursuant to Rule 41 (a) of the Federal Rules of Civil Prodecure, plaintiff William Bong and Arcmatic Welding Systems, Inc., hereby gives Notice to all parties in this matter that it is voluntarily dismissing with prejudice all claims in this matter.

Date: June 8, 2010

By: _____
     Ronald Foreman
     Attorneys for Plaintiffs

---

NOTICE OF VOLUNTARY DISMISSAL
- 1 -